686 A.2d 1189

IN THE MATTER OF WILLIAM GOLDBERG, AN ATTORNEY AT LAW.

January 16, 1997.

## ORDER

The Disciplinary Review Board on November 8, 1996, having filed with the Court its decision concluding that **WILLIAM GOLDBERG** of **HACKENSACK,** who was admitted to the bar of this State in 1967, should be reprimanded for violating *RPC* 1.7, by engaging in a conflict of interest in the representation of clients, and good cause appearing;

It is ORDERED that **WILLIAM GOLDBERG** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.